**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY LUOMA,** | Case No. **2:10-cv-05283-JFW-DTB** |
| Plaintiff, | **ORDER** |
| vs. | |
| **LAW OFFICES OF ROSEN AND LOEB,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own expenses and costs.

Dated this April 1, 2011.

\_\_\_\_/s/_____
The Honorable John F. Walter